Rec # 2807

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| DAVID L BOWEN | |
| Debtor(s) | CASE NO. BKY 05-32667 GFK |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Help Service Group, Inc. in the amount of $4.12, were unclaimed.

**CREDITOR:**
Help Service Group, Inc.
C/O Hermar Insurance Attn: claims department
5120 S. Solberg Avenue
Sioux Falls, South Dakota 57108

**CLAIM NUMBER:** 7

**AMOUNT:** $4.12

**ACCOUNT NUMBER:**
xxx-xx-5955/72

Jasmine Z. Keller, Trustee

Dated: October 4, 2010

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 10 OCT -4 AM 11:52 U.S. BANKRUPTCY COURT ST. PAUL, MN